# Court of Appeals
# of the State of Georgia

ATLANTA,___April 30, 2014_____

*The Court of Appeals hereby passes the following order:*

**A14A1419. IN THE INTEREST OF: C. K. S., A CHILD (MOTHER).**

The mother of C. K. S. has filed a direct appeal from the juvenile court's order terminating her parental rights. We lack jurisdiction.

Pursuant to OCGA § 5-6-35 (a) (12), appeals from orders terminating parental rights must be made by filing an application for discretionary appeal. See *In the Interest of K. R.*, 285 Ga. 155 (674 SE2d 288) (2009). The mother's failure to file an application for discretionary review deprives us of jurisdiction over this appeal, which is hereby *DISMISSED*.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*_04/30/2014_____
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____, *Clerk.*